IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02580-MSK-BNB

CHARLES SMITH,

Plaintiff,

v.

RON LEYBA, Warden, and
JOHN SUTHERS, Attorney General,

Defendants.

_____

**ORDER**
_____

This matter is before me on defendants' **Motion to Stay Discovery and Vacate Preliminary Scheduling Conference** [Doc. # 15, filed 11/20/2008] (the "Motion"). The parties appeared this morning for the scheduling conference, at which time I made rulings on the record concerning the Motion. Among other things, I reviewed with the parties the ruling in Rome v. Romero, 225 F.R.D. 640 (D. Colo. 2004). In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated December 1, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge