IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02580-MSK-BNB

CHARLES SMITH,

Plaintiff,

v.

RON LEYBA, Warden, and
JOHN SUTHERS, Attorney General,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Amend the Complaint** [Doc. # 21, filed 1/5/2009] (the "Motion"). The plaintiff has failed to attach to the Motion the proposed amended complaint. It is not possible to consider the propriety of the requested amendment without reviewing the proposed amended complaint.

IT IS ORDERED that the Motion is DENIED.

Dated January 27, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge